1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

7            IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9                          AT FRESNO

| | |
|---|---|
| ASUNCION RODRIGUEZ ) | |
| ) | Civil Action No. 1:04-CV-6700 OWW LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

18     IT IS HEREBY STIPULATED by and between the parties as follows: that
19 appellant be granted a 30 day extension of time, until June 11, 2005, in which to serve
20 Plaintiff's Confidential brief. All remaining actions under the scheduling order filed,
21 December 14, 2004, shall proceed under the time limit guidelines set therein.

22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

| | | |
|---|---|---|
| 1 | Dated:  May 11, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: May 11, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

8      IT IS SO ORDERED.

9    **Dated:   May 13, 2005**              **/s/ Lawrence J. O'Neill**
      66h44d                                  UNITED STATES MAGISTRATE JUDGE