1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8               THE EASTERN DISTRICT OF CALIFORNIA

9                          AT FRESNO

10  ASUNCION RODRIGUEZ   )
                         )     Civil Action No. 1:04-CV-6700 OWW LJO
11                       )
          Plaintiff,     )     STIPULATION AND ORDER
12                       )
    vs.                  )
13                       )
    JO ANNE B. BARNHART, )
14  Commissioner of Social )
    Security,            )
15                       )
          Defendant.     )
16  _____)

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that

19  appellant be granted a 30 day extension of time, until September 17, 2005, in which to file

20  and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21  December 14, 2004, shall proceed under the time limit guidelines set therein.

22  / /

23  / /

24  / /

25  / /

26  / /

27

28

1    Dated:  August 18, 2005                    /s/ Gina Fazio

2                                               GINA FAZIO,
                                               Attorney for Plaintiff.
3
     Dated: August 18, 2005
4                                               MCGREGOR SCOTT
                                               United States Attorney
5
                                               By: /s/ Kristi C. Kapetan
6                                               (as authorized via facsimile)
                                               KRISTI C. KAPETAN
7                                               Assistant U.S. Attorney

8

9

10   IT IS SO ORDERED.

11   **Dated:    August 22, 2005**            _____/s/ Lawrence J. O'Neill_____
12   b9ed48                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28