1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7
             IN THE UNITED STATES DISTRICT COURT FOR THE
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10
   ASUNCION RODRIGUEZ,            )    1:04-cv-6700 OWW LJO
11                                )
                 Plaintiff,       )    STIPULATION AND ORDER
12                                )    TO EXTEND TIME
                                  )
13           v.                   )
                                  )
14 JO ANNE B. BARNHART,           )
   Commissioner of Social         )
15 Security,                      )
                                  )
16               Defendant.       )
   _____)
17

18     The parties, through their respective counsel, stipulate

19 that defendant's time to respond to plaintiff's opening brief be

20 extended from November 16, 2005 to December 15, 2005.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28
                                   1

1    This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

                                    Respectfully submitted,

Dated: November 15, 2005
                                    /s/ Gina M. Fazio
                                    (as authorized via facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: November 15, 2005            McGREGOR W. SCOTT
                                    United States Attorney



                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney


                        IT IS SO ORDERED.

**Dated:   November 15, 2005            /s/ Lawrence J. O'Neill**
66h44d                              UNITED STATES MAGISTRATE JUDGE