```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
    ASUNCION RODRIGUEZ,              )     1:04-cv-6700 OWW LJO
10                                   )
                 Plaintiff,          )     STIPULATION AND ORDER
11                                   )     TO EXTEND TIME
                                     )
12          v.                       )
                                     )
13  JO ANNE B. BARNHART,             )
    Commissioner of Social           )
14  Security,                        )
                                     )
15               Defendant.          )
    _____ )
16

17       The parties, through their respective counsel, stipulate

18  that defendant's time to respond to plaintiff's opening brief be

19  extended from December 15, 2005 to January 18, 2006.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27

28
                                     1
```

1  This is defendant's second request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.
5
                              Respectfully submitted,
6
7
Dated: December 12, 2005
8
                              /s/ Gina M. Fazio
9                             (as authorized via facsimile)
                              GINA M. FAZIO
10                            Attorney for Plaintiff
11
12 Dated: December 12, 2005    McGREGOR W. SCOTT
                              United States Attorney
13
14
                              /s/ Kristi C. Kapetan
15                            KRISTI C. KAPETAN
                              Assistant U.S. Attorney
16
17               IT IS SO ORDERED.
18 **Dated:   December 12, 2005**         **/s/ Lawrence J. O'Neill**
   66h44d                         UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28

2