IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUNCION RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>Defendant.<br>_____/ | CASE NO. CV F 04-6700 OWW LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT**<br>(Doc. 25.) |

### INTRODUCTION

Plaintiff Asuncion Rodriguez ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor eligible for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. §§1381-1382c. After review of the Administrative Record and the parties' papers, the magistrate judge issued August 4, 2006 findings and recommendations to DENY plaintiff's request to reverse the ALJ's decision to deny plaintiff SSI or to remand for further proceedings. Plaintiff filed no timely objections to the findings and recommendations.

### CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's August 4, 2006 findings and recommendations; and

2. DIRECTS this Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Asuncion Rodriguez and to close this action.

IT IS SO ORDERED.

**Dated:   August 17, 2006**                  **/s/ Oliver W. Wanger**
emm0d6                                                 UNITED STATES DISTRICT JUDGE